AO 442 (Rev. 11/11) Arrest Warrant

___ FILED   ___ ENTERED
___ LODGED   ___ RECEIVED

## UNITED STATES DISTRICT COURT
for the
Western District of Washington

MAR 04 2020   SP

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY

United States of America
v.
Cameron Shea

Case No.   MJ20 - 088 (1)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Cameron Shea

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy, in violation of Title 18, United States Code, Section 371

Date: 2/25/20

_____
*Issuing officer's signature*

City and state: Seattle, Washington

Mary Alice Theiler, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/25/20, and the person was arrested on *(date)* 2/26/20
at *city and state* SEATTLE, WA

Date: 2/26/20

_____
*Arresting officer's signature*

SA FBI
*Printed name and title*

USAO# 2018R00225