AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

United States of America
v.

Cameron Shea

Defendant

Case No. MJ20-088 (1)

____ FILED ____ ENTERED
____ LODGED ____ RECEIVED

MAR 09 2020   CA

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Cameron Shea

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy, in violation of Title 18, United States Code, Section 371

Date: 2/25/20

*Issuing officer's signature*

City and state: Seattle, Washington

Mary Alice Theiler, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/25/20, and the person was arrested on *(date)* 2/26/20
at *(city and state)* SEATTLE, WA

Date: 2/26/20

*Arresting officer's signature*

SA FBI
*Printed name and title*

USAO# 2018R00225